UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anne C. Barthel,                                    Civil 08-858 JMR/FLN

           Plaintiff,

     v.                                             O R D E R

Jason Hansen, Maria Hansen,
Raymond Gottwalt, The Ordway
Group, LLC, and Countrywide
Home Loans,

           Defendants.
_____

       Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated February 6, 2009, all the files

and records, and no objections having been filed to said Report and Recommendation,

       **IT IS HEREBY ORDERED** that Defendant Jason Hansen and Maria Hansen's

motion for declaratory judgment and partial summary judgment [#16] is DENIED.

DATED: February 27, 2009.              s/James M. Rosenbaum
at Minneapolis, Minnesota              JUDGE JAMES M. ROSENBAUM
                                       United States District Court